IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, INC.,<br>a Nebraska corporation,<br><br>      Plaintiff and<br>      Counter Defendant,<br><br>    v.<br><br>JAMES E. BACHMAN,<br><br>      Defendant,<br><br>ERAN INDUSTRIES, INC.,<br>a Nebraska corporation,<br><br>      Defendant,<br>      Counter Claimant and<br>      Third-Party Plaintiff,<br>    v.<br><br>LANCE D. BAILEY, et al.,<br><br>      Third Party Defendants<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV50 |
| ERAN INDUSTRIES, INC.,<br>a Nebraska corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>GP INDUSTRIES, LLC, a Nebraska<br>Limited Liability Company, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV51 |

**ORDER OF RECUSAL**
**REQUEST FOR REASSIGNMENT**

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the

parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 1st day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

2